UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LARAINE WOOD, | Case No. 21-cv-04415-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| PRESIDIO INTERACTIVE CORPORATION, | Re: ECF No. 23 |
| Defendant. | |

The parties have stipulated to dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. ECF No. 23. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 13, 2021



JON S. TIGAR
United States District Judge